UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PACE INDUSTRY UNION-<br>MANAGEMENT PENSION FUND AND<br>ITS TRUSTEES, et al.<br><br>v.<br><br>TROY RUBBER ENGRAVING COMPANY | )<br>)<br>)<br>)<br>) Civil Action No. 3:10-0350<br>) Judge Nixon/Knowles<br>) |

**O R D E R**

This action is currently scheduled for a final pretrial conference before Judge Nixon on Friday, June 17, 2011, at 10:00 a.m. and for a bench trial on Tuesday, June 28, 2011, at 9:00 a.m. Pursuant to the Case Management Order entered in this action, the deadlines for filing dispositive motions and for discovery have passed.

The Court has been advised that the parties are ready for trial, and that there is no need for further case management proceedings before the Magistrate Judge. The Clerk is directed to forward this file to the Honorable John T. Nixon, Senior District Judge. Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge